# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH001
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $ 76,813.70 | 8/23/2024 | 383911418710 | 8/9/2024 | $ 76,813.70 |
| | | $ 32,483.06 | 8/23/2024 | 383919312865 | 8/16/2024 | $ 32,483.06 |
| | | $ 6,662.48 | 8/23/2024 | 383916801872 | 8/23/2024 | $ 6,662.48 |
| | | $ 7,061.48 | 9/11/2024 | 383912586622 | 8/30/2024 | $ 7,061.48 |
| | | $ (5,534.67) | 9/18/2024 | 383918861769 | 9/6/2024 | $ (5,534.67) |
| | | $ 15,303.90 | 9/18/2024 | 383917940644 | 9/13/2024 | $ 15,303.90 |
| | | $ 1,110.28 | 9/23/2024 | 383914480411 | 9/20/2024 | $ 1,110.28 |
| **Total Transfers** | **7** | **$ 133,900.23** | | | | **$ 133,900.23** |